UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISTAJET US INC.,

                Plaintiff,

- against -

GUILHERME CIPRIANI,

                Defendant.

**DEFAULT JUDGMENT**

18 Civ. 2853 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS Plaintiff commenced this action on March 30, 2018 by filing the Summons and Complaint herein; and

    WHEREAS Plaintiff served Defendant Cipriani personally with the Summons and Complaint herein on July 13, 2018 (Aff. of Service (Dkt. No. 15)); and

    WHEREAS Plaintiff filed proof of such service on July 16, 2019 (Id.); and

    WHEREAS defense counsel moved on April 24, 2019, for permission to withdraw due to non-payment of legal fees; and

    WHEREAS at a May 13, 2019 conference, defense counsel's motion to withdraw was granted, and the Court advised Defendant that he had until June 7, 2019 to arrange for substitute counsel, and that if he did not retain new counsel by that date, he would proceed pro se; and

    WHEREAS no lawyer filed a notice of appearance for Defendant after the May 13, 2019 conference; and

WHEREAS Defendant Cipriani was instructed on August 14, 2019 to respond to Plaintiff's request for a conference regarding Plaintiff's proposed motion for summary judgment and did not do so; and

WHEREAS the Court issued an order instructing Plaintiff to move for default judgment by October 15, 2019, and Plaintiff so moved; and

WHEREAS on October 25, 2019, this Court ordered Defendant Guilherme Cipriani to show cause at a hearing on November 7, 2019, at 11:15 a.m. why default judgment should not be entered against him and Defendant Guilherme Cipriani did not appear before the Court at that hearing; it is hereby

ORDERED that a default judgment is entered against Defendant Guilherme Cipriani, in the total sum of $15,491,437.50: $11,962,500.00 for the amount owed under contract, and $3,528,937.50 for the contractually set interest. The Clerk of Court is directed to close this case.

Dated: New York, New York
December 23, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge